IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-10060
Conference Calendar
_____


STEVEN DALE FINCH,

                                        Plaintiff-Appellant,

versus

CLIFF WILLIAMS, Grand Prairie Police Officer,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:99-CV-803-Y
--------------------
June 15, 2000

Before JOLLY, DAVIS, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

     Steven Dale Finch, Texas prisoner # 0525887, appeals the district court's denial of his motion for appointment of counsel. Finch argues that the inmate who assisted him in filing the instant case has been transferred, the case is too complex for him to understand or investigate, he has no legal knowledge, and he is indigent and cannot afford to hire an attorney. Because Finch has not demonstrated exceptional circumstances which would warrant the appointment of counsel, he has not shown that the

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

district court abused its discretion in denying his motion.  See Wendell v. Asher, 162 F.3d 887, 892 (5th Cir. 1998).

AFFIRMED.